UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR., et al., | Case No. 5:13-cv-02390-LHK-PSG |
| Plaintiffs, | **ORDER SETTING HEARING** |
| v. | **(Re: Docket Nos. 34 and 35)** |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pending before the court are Plaintiffs' motions to compel (1) production of unredacted documents and underlying files related to non-party insured landlords[1] and (2) third-party DiBuduo & DeFendis Insurance Brokers LLC's compliance with a documents subpoena.[2] In the interest of expediency, the court will hear argument on these motions on Friday, July 18, 2014 at 9:30 AM. Telephonic appearances may be made without leave of the court.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 34.

[2] See Docket No. 35.