UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 5:13-cv-02390-LHK-PSG<br><br>**ORDER DENYING STIPULATION RE DEPOSITION OF SUSAN GALLI**<br><br>**(Re: Docket No. 69)** |

Before the court is the parties' Stipulation Regarding Deposition of Susan Galli.[1] The stipulation is DENIED. Pursuant to Civil Local Rule 11-3, an attorney who is not a member of the bar of this court must apply to appear pro hac vice.[2] Either Mr. Curnin shall apply to appear pro

---

[1] Docket No. 69.

[2] *See* Civ. L.R. 11-3:

> [a]n attorney who is not a member of the bar of this Court may apply to appear pro hac vice in a particular action in this district by submitting to the Clerk, together with the written application, a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar. Said certificate or other document must be dated no more than one year prior to the date of application for admission. The applicant must also submit an oath certifying the following: (1) That he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar; (2) That he or she agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute

1
Case No. 5:13-cv-02390-LHK-PSG
ORDER DENYING STIPULATION RE DEPOSITION OF SUSAN GALLI

hac vice before this court or an attorney admitted to this court shall participate in the deposition in Curnin's stead.

**IT IS SO ORDERED.**

Dated: September 17, 2014



PAUL S. GREWAL
United States Magistrate Judge

Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules; (3) That an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the state of California, is designated as co-counsel.

2

Case No. 5:13-cv-02390-LHK-PSG
ORDER DENYING STIPULATION RE DEPOSITION OF SUSAN GALLI