United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR. and MUYESSER NILE JONES, individually and as trustees of the Lincoln and M. Nile Jones Revocable Trust; and PROJECT SENTINEL, INC., <br><br>            Plaintiffs, <br>     v. <br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br>            Defendant | Case No.: 13-CV-02390-LHK <br><br> VACATING ORDER AND ORDER REGARDING EX PARTE COMMUNICATIONS |

On September 17, 2014, this Court granted the Parties' Stipulation Regarding the Deposition of Susan Galli. ECF No. 74. The Court hereby VACATES that order.

In addition, on September 18, 2014, attorney for Defendant Travelers Casualty Insurance Company of America sent the attached email to Courtroom Deputy Stacy Sakamoto requesting an emergency phone call with the Court regarding the filing of a pro hac vice application. This is an ex parte communications with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only email communications that the parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All

substantive issues must be discussed in filings. Moreover, Magistrate Judge Grewal will preside over the discovery issues in this case.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____
LUCY H. KOH
United States District Judge



To:
Cc:
Bcc:
Subject:

-----Forwarded by CRD LHK/CAND/09/USCOURTS on 09/18/2014 10:19AM -----
To: "lhkcrd@cand.uscourts.gov" <lhkcrd@cand.uscourts.gov>
From: Melissa Dubbs <mdubbs@ccplaw.com>
Date: 09/18/2014 09:16AM
Subject: Jones v. Travelers CV 13-02390

Dear Stacy

I am writing about case no. CV 13-02390.  Last night Judge Koh signed an order permitting out of state attorney Paul Curnin to appear and defend an out of state witness in Hartford.  Ten minutes later, Judge Grewal denied that request.  We are filing a pro hac application now, however it does not have a certificate of good standing.  We are obtaining the certificate and will file it within the next 3 hours or so.  However, we request an emergency phone call with either Judge Koh or the Magistrate to discuss.  Please call at your earliest convenience.  My direct line is 415 391 9851


Melissa A. Dubbs

Carlson, Calladine & Peterson LLP

353 Sacramento Street

San Francisco, CA 94111

Direct: 415.391.9851

Fax: 415.391.3898

Email:mdubbs@ccplaw.com