UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR., et al., | Case No. 5:13-cv-02390-LHK |
| Plaintiffs, | **ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL** |
| v. | **(Re: Docket No. 86)** |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The parties have resolved their dispute.[1]  The motion to compel thus is DENIED AS MOOT.

**SO ORDERED.**

Dated: November 3, 2014

*Paul S. Grewal*

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 108 at 2.

Case No. 5:13-cv-02390-LHK
ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL

United States District Court
For the Northern District of California