UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR. and MUYESSER NILE JONES, individually and as trustees of the Lincoln and M. Nile Jones Revocable Trust; and PROJECT SENTINEL, INC.,<br><br>Plaintiffs,<br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant | Case No.: 13-CV-02390-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference set for November 12, 2014, is continued to March 4, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 25, 2015.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
LUCY H. KOH
United States District Judge