**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR. and MUYESSER NILE JONES, individually and as trustees of the Lincoln and M. Nile Jones Revocable Trust; and PROJECT SENTINEL, INC.,<br><br>Plaintiffs,<br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant | Case No.: 13-CV-02390-LHK<br><br>ORDER REGARDING PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF THE DISCOVERY CUTOFF AND RELIEF FROM LOCAL RULE 37-3 |

Before the Court is Lincoln Jones, Jr., Muyesser Nile Jones, and Project Sentinel, Inc.'s (collectively, "Plaintiffs") motion for limited extension of the discovery cutoff and relief from Local Rule 37-3. ECF No. 116. Plaintiffs do not state whether their motion is unopposed. The Court hereby orders Defendant Travelers Casualty Insurance Company of America to file an opposition, if any, to Plaintiffs' motion by Monday, December 1, 2014. Plaintiffs shall file a reply by Monday, December 8, 2014.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
LUCY H. KOH
United States District Judge