**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR. and MUYESSER NILE JONES, individually and as trustees of the Lincoln and M. Nile Jones Revocable Trust; and PROJECT SENTINEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.: 13-CV-02390-LHK <br><br> AMENDED ORDER REGARDING PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF THE DISCOVERY CUTOFF AND RELIEF FROM LOCAL RULE 37-3 |

Before the Court is Lincoln Jones, Jr., Muyesser Nile Jones, and Project Sentinel, Inc.'s (collectively, "Plaintiffs") motion for limited extension of the discovery cutoff and relief from Local Rule 37-3. ECF No. 116. Plaintiffs' motion was filed on November 14, 2014, the discovery cutoff date. *See id*. The Court amends its prior order regarding Plaintiffs' motion, ECF No. 117, as follows:

In the parties' joint case management statement, filed on November 5, 2014, Plaintiffs did not request an extension of the discovery cutoff. Nor did Plaintiffs indicate that they intended to file a motion to extend the discovery cutoff. Because Plaintiffs did not include such information in

the joint case management statement, the Court continued the November 12, 2014 case management conference to March 4, 2015.

In light of the Thanksgiving holiday, the Court extends Defendant Travelers Casualty Insurance Company of America's deadline to file an opposition to Plaintiffs' motion from Monday, December 1, 2014 to Wednesday, December 3, 2014. Plaintiffs' Monday, December 8, 2014 deadline to file a reply remains as set.

The February 12, 2015 hearing date for Plaintiffs' motion is hereby VACATED. Plaintiffs' motion shall be set for hearing on December 11, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 13-CV-02390-LHK
AMENDED ORDER REGARDING PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF