ORDER AMENDING EXPERT DISCOVERY
CUTOFF UNDER SCHEDULING ORDER (DOC. 104)

Based on the joint motion and stipulation of the parties, and good cause appearing there, IT IS HEREBY ORDERED that the current scheduling order (Doc. 104) is amended as follows:

| No | Task | Current Date | Proposed Date |
|---|---|---|---|
| 4. | Expert Discovery Cutoff | 2/27/2015 | 3/27/2015 |

The case schedule otherwise remains as set.

TO IS SO ORDERED.

Dated: February 27, 2015

_Lucy H. Koh_
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE