**EXHIBIT 6**

```
 1                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION


 3


 4
     LINCOLN JONES, JR., ET AL.,      )
 5            Plaintiffs,             ) Civil Action No.
                                      ) CV-13-02390 LHK PSG
 6   VS                               )
                                      )
 7   TRAVELERS CASUALTY INSURANCE     )
     COMPANY OF AMERICA,              )
 8            Defendant.

 9


10


11

                    DEPOSITION OF:   Susan Galli
12                  DATE:            September 18, 2014
                    HELD AT:         Day Pitney LLP
13                                   242 Trumbull Street
                                     Hartford, Connecticut
14

15

16

17

18

19

20           Reporter:  Robin Balletto, RPR, LSR #230
                  BRANDON HUSEBY REPORTING & VIDEO
21                      249 Pearl Street
                  Hartford, Connecticut 06106
22                      (860) 549-1850

23

24

25
```

```
 1   get going, and without any disrespect at all to Judge

 2   Grewal, we thought we would try to make the most of the

 3   day.

 4                 MR. BRANCART:  And I will say to make

 5   the most of the day we've made efforts to contact

 6   defense counsel.  I know that Mr. Peterson is here in

 7   Hartford, but he is unable to -- was unable to come and

 8   appear, and therefore, we weren't able to obtain per

 9   the order a California, or I should say a Northern

10   District of California attorney to start, but here we

11   are now.

12

13                 DIRECT EXAMINATION BY MR. BRANCART

14

15       Q    Ms. Galli, would you please state for me your

16   full name?

17       A    Susan Galli, G-A-L-L-I.

18       Q    Have you ever gone by any other names during

19   the period of time you've worked at Travelers?

20       A    No.

21       Q    Do you commonly use the first name of Sue in

22   your correspondence or work at Travelers?

23       A    Yes.

24       Q    Would you please state your current business

25   address?
```

```
 1        Q    And the recommendation was to maintain that
 2   wording of that ineligible operation, correct?
 3        A    Yes.
 4        Q    Have there been -- you indicate that the
 5   final report has not been written.  Have there been
 6   drafts of the report?
 7        A    There have been Power Point presentations.
 8        Q    Within the 2013 CURE team, was there any one
 9   member that was assigned to ineligible operations?
10        A    No.
11        Q    Was there any one member who took a lead in
12   addressing or reviewing the ineligible operation known
13   as public housing by shorthand?
14        A    No.
15        Q    Were alternatives considered as part of the
16   2013 CURE process for modifying the IO for public
17   housing?
18        A    Can you repeat the question?
19             MR. CURNIN:  Yes, objection.
20   BY MR. BRANCART:
21        Q    Sure.  My question is, were there proposals
22   considered for modifying the public housing IO
23   language?
24        A    No.
25        Q    Were there any reports that were reviewed in
```

1    connection with consideration of the IO language done

2    with public housing?

3        A    No.

4        Q    Was there any data that was considered, by

5    which I mean data computations of prevalence, risks,

6    things of that kind associated with the review of the

7    IO public housing, I'm sorry, the public housing

8    ineligible operation --

9        A    No.

10       Q    -- as part of the 2013 CURE?

11       A    No.

12       Q    Did anyone make any proposals about modifying

13   the public housing IO language?

14       A    No.

15       Q    Was there any discussion in the 2013 CURE

16   about modifying or changing the manner in which

17   Travelers employees are trained on ineligible

18   operations?

19       A    No.

20       Q    Was there any recommendation made about

21   changing the way independent agents are trained about

22   the application of ineligible operations?

23       A    No.

24       Q    Regarding Apartment Pac, were there

25   recommendations that were made to change any of the

```
 1          A    Yes.

 2          Q    In layman's terms what does that mean?

 3          A    The chances of having a claim.

 4          Q    There is also the terms used which are loss

 5     claims, I'm sorry, claims loss.  Have you heard that

 6     term used?

 7          A    Not that I can recall.

 8          Q    Would you please identify for me what you

 9     understand to be the best practices to reduce the risk

10     of loss in the operation of an apartment building?

11               MR. CURNIN:  Objection.

12          A    Can you be a little more specific?

13     BY MR. BRANCART:

14          Q    Sure.  The manner in which an apartment is

15     operated, or the nature of its structure or condition

16     can create risk, true?

17          A    Yes.

18          Q    Risk can be reduced by the manner, by

19     observing practices, certain practices, good practices,

20     true?

21          A    Yes.

22          Q    And also by having certain conditions exist,

23     or certain defects not exist, true?

24          A    Yes.

25          Q    Would you list for me, then, your
```

1  understanding of what are the best practices in

2  connection with the operation of an apartment complex

3  that would reduce the risk of loss?

4      A    Having a full-time property manager, having a

5  resident manager on place, having a regular maintenance

6  program, making sure that all the buildings met life

7  safety requirements, having an owner that is proactive

8  versus reactive.

9      Q    Anything else?

10      A    That's all I can think of right now.

11      Q    Best practices would also include having an

12  appropriate amount of living space, true?

13      A    I'm not sure what you mean by living space.

14      Q    So there's not overcrowding.

15      A    Yes.

16      Q    Security?

17      A    Yes.

18      Q    Sound structure and materials?

19      A    Yes.

20      Q    Clean and adequate water supply?

21      A    Yes.

22      Q    Elimination or control or disclosure of lead

23  paint?

24      A    Yes.

25      Q    Smoke detectors?

```
 1         A    Yes.

 2         Q    Maintenance of sanitary conditions?

 3         A    Yes.

 4         Q    Unimpeded access?

 5         A    Yes.

 6         Q    Adequate heating and cooling controls?

 7         A    Yes.

 8         Q    Adequate illumination?

 9         A    Yes.

10         Q    Best practices would include requiring

11    residents of the apartment building to maintain, or I

12    should say not violate any of those housing quality

13    standards, true?

14         A    Yes.

15         Q    Best practices would also include requiring

16    that the owner maintain the property to maintain those

17    quality housing standards, true?

18         A    Yes.

19                        (Plaintiffs' Exhibit 211,

20    Premises Liability Supplement General Liability

21    Underwriting Information:  Marked for Identification.)

22    BY MR. BRANCART:

23         Q    Let me show you what I'll mark as

24    Exhibit 211.  211 is a form, it's a premises liability

25    supplement, general liability underwriting information.
```

```
 1                            JURAT

 2

 3          I, SUSAN GALLI, do hereby certify that the

 4     foregoing testimony taken on September 18, 2014, is

 5     true and accurate, including any corrections noted on

 6     the corrections page, to the best of my knowledge and

 7     belief.

 8

 9

10                       _____
                                   SUSAN GALLI
11

12

13

14

15       At _____ in said county of _____,

16     this _____day of _____, 2014, personally

17     appeared SUSAN GALLI, and she made oath to the truth of

18     the foregoing corrections by her subscribed.

19

20

21     Before me,_____, Notary Public

22     My commission expires:

23

24

25
```

CERTIFICATE OF REPORTER

I, Robin Balletto, a Registered Professional Reporter/Notary Public within and for the State of Connecticut, do hereby certify there came before me, on the 18th day of September, 2014, the following named person, to wit:  SUSAN GALLI, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

WITNESS my hand and affixed my seal this 27th day of September, 2014.

_Robin L. Balletto_

_____
                Robin Balletto, RPR

My commission expires:  October 31, 2018