UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br>Defendant. | Case No. 13-CV-02390-LHK<br><br>**ORDER DENYING MOTION FOR CLARIFICATION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 161 |

Before the Court is Defendant Travelers Casualty Insurance Company of America's ("Defendant") motion for clarification of order granting motion to strike. ECF No. 161. Defendant notes that this issue "can be addressed, if need be, in an in limine motion before trial." *Id*. at 2 n.1. The Court hereby DENIES without prejudice Defendant's motion for clarification. Defendant may re-raise its motion for clarification as a motion *in limine* pursuant to this Court's standing order for civil jury trials.

**IT IS SO ORDERED.**

Dated: April 3, 2015

                                             *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 13-CV-02390-LHK
ORDER DENYING MOTION FOR CLARIFICATION WITHOUT PREJUDICE