UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, et al., | Case No.: 13-CV-02390-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiffs' Attorneys: Christopher Brancart, Elizabeth Brancart
Defendant's Attorneys: Robert Peterson, Andrew Frankel

A hearing on Defendant's motion for summary judgment (ECF No. 154) and a further case management conference were held on May 7, 2015.

For the reasons stated on the record, Defendant's motion for summary judgment (ECF No. 154) is DENIED, Plaintiffs' motion for an extension of time (ECF No. 183) is GRANTED, and Defendant's motion to strike is DENIED.

The parties are ordered to file a Joint Mediation Status Report with the Court, by May 11, 2015, informing the Court the date scheduled for mediation with Hon. James Larson (Ret.).

Defendant's counsel moved to increase the page limit for the parties' *Daubert* motions. As stated on the record, the Court hereby modifies its prior order and will allow each side to file one *Daubert* motion of no more than ten (10) pages, an opposition of no more than ten (10) pages, and

1

Case No.: 13-CV-02390-LHK
CASE MANAGEMENT ORDER

a reply, if any, of no more than four (4) pages.

Defendant's counsel also moved to increase the number of motions *in limine* that each side may file. As stated on the record, the Court hereby modifies its prior order and will allow each side to file no more than six (6) motions *in limine* of no more than three (3) pages each. These limits apply to, and include, motions to preclude testimony of non-retained witnesses designated as experts under Federal Rule of Civil Procedure 26(a)(2).

The case schedule remains as previously set. For the convenience of the parties, the schedule is stated below:

DAUBERT BRIEFING:
    Opening Briefs: May 8, 2015
    Opposition Briefs: May 22, 2015
    Reply Briefs: May 29, 2015

FINAL PRETRIAL CONFERENCE: July 2, 2015, at 1:30 p.m.

JURY TRIAL: July 27, 2015, at 9:00 a.m. Trial is expected to last 10 days.

**IT IS SO ORDERED.**

Dated: May 7, 2015

                                                *Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge