UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 13-CV-02390-LHK<br><br>**ORDER DENYING JOINT REQUEST FOR CONTINUANCE OF JOINT PRETRIAL CONFERENCE AND CERTAIN PRETRIAL DATES**<br><br>Re: Dkt. No. 239 |

Before the Court is a Joint Status Report Regarding Mediation and Request for Continuance of Joint Pretrial Conference and Certain Pretrial Dates. ECF No. 239. The parties assert that they have both accepted the terms of Judge Larson's settlement proposal. *Id*. at 2. Further, "[t]he Parties have exchanged draft settlement agreements and can report that they have agreement on the financial terms and most, but not all, of the non-financial terms." *Id.* The parties further expressed their belief that "a settlement will [likely] be final by the time of the currently scheduled Pretrial Conference on July 2, 2015." *Id.* The parties further request that this Court defer ruling on all pending motions and that all deadlines prior to July 2, 2015, be continued to July 27, 2015. *Id.*

1

Case No. 13-CV-02390-LHK
ORDER DENYING JOINT REQUEST FOR CONTINUANCE OF JOINT PRETRIAL CONFERENCE AND CERTAIN PRETRIAL DATES

1  Because the case must progress expeditiously before the July 2, 2015 Pretrial Conference, unless and until the parties file a joint stipulation of dismissal the case will proceed on the previously-set schedule.  As soon as the parties have resolved their dispute, they may file a joint stipulation of dismissal which expressly conditions such dismissal upon the Court entering an order retaining jurisdiction to enforce the terms of the settlement agreement.  In the absence of a joint stipulation of dismissal, all previously-set deadlines remain as set.  According, the parties' joint request is DENIED.

**IT IS SO ORDERED.**

Dated: June 16, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge