1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LINCOLN JONES, et al.,

        Plaintiffs,

    v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

        Defendant.

Case No. 13-CV-02390-LHK

**ORDER RE: JOINT STIPULATION
FOR BRIEFING**

Re: Dkt. No. 266

      Before the Court is a Joint Stipulation for Briefing concerning the implications in this case of the Supreme Court's decision in *Texas Department of Housing and Community Affairs v. Inclusive Communities Project*, No. 13-1371 (June 24, 2015). ECF No. 266. The parties have proposed a briefing schedule whereby Defendant's brief shall be filed by Monday, June 29, 2015, and Plaintiffs' response shall be filed by Wednesday, July 1, 2015. The Court hereby adopts the parties' stipulated briefing schedule.

      On June 15, 2015, the parties informed the Court that the parties had exchanged draft settlement agreements and had "agreement on the financial terms and most, but not all, of the non-financial terms." ECF No. 239. Counsel for the parties expressed their belief that "it is likely that a settlement will be final by the time of the currently scheduled Pretrial Conference on July 2,

1

2015." *Id.* Accordingly, the parties shall also file, by Monday June 29, 2015, a Joint Settlement Status Update advising the Court on the status of the parties' attempts to settle this case and whether settlement remains likely.

**IT IS SO ORDERED.**


Dated: June 26, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge