UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 13-CV-02390-LHK<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Before the Court is a joint filing by the parties indicating that they have "settled this action this evening," will "lodge a request for dismissal tomorrow," and "ask that the pretrial conference, set for tomorrow afternoon, be vacated." ECF No. 271. The parties are hereby ORDERED to file a joint stipulation of dismissal by tomorrow, July 2, 2015, at 9:30 a.m. If the parties fail to do so, they shall attend the Pretrial Conference tomorrow at 1:30 p.m. in person.

**IT IS SO ORDERED.**

Dated: July 1, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 13-CV-02390-LHK
ORDER RE: STIPULATION OF DISMISSAL