ROBERT M. PETERSON [Bar No.: 100084; rpeterson@ccplaw.com]
MICHAEL C. COOPER [Bar No.: 114729; mcooper@ccplaw.com]
MELISSA A. DUBBS [Bar No.: 163650; mdubbs@ccplaw.com]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile:  (415) 391-3898

PAUL C. CURNIN [*pro hac vice*; pcurnin@stblaw.com]
ANDREW T. FRANKEL [*pro hac vice*; afrankel@stblaw.com]
DAVID ELBAUM [*pro hac vice*; david.elbaum@stblaw.com]
ALEXANDER B. SIMKIN [pro hace vice; asimkin@stblaw.com]
MATTHEW T. O'CONNOR [*pro hac vice*; moconnor@stblaw.com]
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave
New York, NY 10025
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

Attorneys for Defendant
TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN JONES, JR. and MUYESSER NILE JONES, individually and as trustees of the Lincoln and M. Nile Jones Revocable Trust; and PROJECT SENTINEL, INC.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO.: CV 13-02390 LHK PSG<br><br>[~~PROPOSED~~] **ORDER GRANTING TRAVELERS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing on related *Daubert* Motion<br>Date:<br>Hearing Time:<br>Courtroom:　　8 |

[~~PROPOSED~~] ORDER

1  Good cause appearing therefore, IT IS HEREBY ORDERED THAT the unredacted
2  version of the exhibit to the Declaration of Andrew T. Frankel in Support of Defendant's
3  Omnibus Motion To Exclude Certain Opinions and Testimony from Plaintiffs' Experts to be
4  filed with redactions, and lodged with the Court by Defendant Travelers Casualty Insurance
5  Company of America shall be filed under seal.

Dated: July 8, 2015        By *Lucy H. Koh*
                              Hon. Lucy H. Koh